# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROSEMARY HOBAR, individually and on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 18-cv-8382 ) |
| v. | ) Judge: Manish S. Shah ) |
| KEAY & COSTELLO, P.C., | ) Magistrate Judge: Sheila M. Finnegan ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

To: Kenneth M. DucDuong
    KMD LAW OFFICE, LTD.
    4001 West Devon Ave., Suite 332
    Chicago, IL  60646
    Phone: (312) 997-5959
    Fax: (312) 219-8404
    kducduong@kmdlex.com

    **PLEASE TAKE NOTICE** that on January 31, 2019 at 9:45 a.m., or soon thereafter as this Motion may be heard, I shall appear before the Honorable Manish S. Shah sitting in Courtroom 1919 of the United States District Court for the Northern District of Illinois and then and there present **Defendant's Unopposed Motion for Extension of Time**, a copy of which is served upon you.

                                          Respectfully submitted,

                                          HINSHAW & CULBERTSON LLP

                                          *s/Jennifer W. Weller*
                                          Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone:  312-704-3000
Facsimile:  312-704-3001
E-mail:dschultz@hinshawlaw.com
E-mail:  jweller@hinshawlaw.com

# CERTIFICATE OF SERVICE

       I hereby certify that on **January 25, 2019**, I electronically filed with the Clerk of the U.S. District Court, the foregoing document by using the CM/ECF system, which will send notification of such filing(s) to:

Kenneth M. DucDuong
KMD LAW OFFICE, LTD.
4001 West Devon Ave., Suite 332
Chicago, IL  60646
Phone: (312) 997-5959
Fax: (312) 219-8404
kducduong@kmdlex.com

                                              *s/Jennifer W. Weller*